ALEX G. TSE (CABN 152348)
Acting United States Attorney
BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division
KAREN BEAUSEY (CABN 155258)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6598
FAX: (415) 436-7234
Karen.Beausey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VARIOUS FIREARMS, <br><br> Defendants. | CASE NO. <br><br> **VERIFIED COMPLAINT FOR FORFEITURE *IN REM*** |

The United States of America, by its attorneys, Alex G. Tse, United States Attorney, and Karen Beausey, Assistant United States Attorney for the Northern District of California, brings this complaint and alleges as follows:

## NATURE OF THE ACTION

1. This is a judicial forfeiture action, as authorized by Title 18, United States Code, Section 924(d)(1) and Title 21, United States Code, Section § 881(a)(6), involving the seizure and forfeiture to the use and benefit of the United States of America the following property:

One (1) Colt .38 Super caliber, Government model pistol bearing serial number 2933159;
One (1) Colt .38 Super caliber, Custom model pistol bearing serial number ELCEN8536;
One (1) Colt .38 Super caliber, Super 38 model pistol bearing serial number 36756;

One (1) Colt .38 Super caliber, Commander model pistol bearing serial number 27057-LW;
One (1) Colt .38 Super caliber, Government model pistol bearing serial number 38SS05430;
One (1) Colt .38 Super caliber, Government model pistol bearing serial number 38SS09144;
One (1) Colt .38 Super caliber, Government model pistol bearing serial number 38SS09196;
One (1) Colt .38 Super caliber, Government model pistol bearing serial number MHE252; and
One (1) Colt .380 caliber, MKIV Mustang model pistol bearing serial number MU24832;

(hereinafter, collectively, the "Defendant Property"), each as a firearm involved in a knowing violation of 18 U.S.C. § 922(g)(1), which prohibits possession of a firearm by a person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, and each as property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of a violation of 21 U.S.C. §§ 841 and/or 846, and thereby forfeitable pursuant to 18 U.S.C. § 924(d)(1) and 21 U.S.C. § 881(a)(6).

**JURISDICTION AND VENUE**

2. This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355, and 21 U.S.C. § 881(a)(6).

3. Venue is proper in this district pursuant to 28 U.S.C. §§ 1355 and 1395 because the acts or omissions giving rise to the forfeiture occurred in this district and the Defendant Property is located in this district.

4. Intra-district venue is proper in the San Jose Division within the Northern District of California.

**PARTIES**

5. Plaintiff is the United States of America.

6. The Defendant Property consists of the following described property:

One (1) Colt .38 Super caliber, Government model pistol bearing serial number 2933159;
One (1) Colt .38 Super caliber, Custom model pistol bearing serial number ELCEN8536;
One (1) Colt .38 Super caliber, Super 38 model pistol bearing serial number 36756;
One (1) Colt .38 Super caliber, Commander model pistol bearing serial number 27057-LW;
One (1) Colt .38 Super caliber, Government model pistol bearing serial number 38SS05430;
One (1) Colt .38 Super caliber, Government model pistol bearing serial number 38SS09144;
One (1) Colt .38 Super caliber, Government model pistol bearing serial number 38SS09196;
One (1) Colt .38 Super caliber, Government model pistol bearing serial number MHE252; and
One (1) Colt .380 caliber, MKIV Mustang model pistol bearing serial number MU24832.

**FACTS**

7. An investigation by the Bureau of Alcohol, Tabacco, Firearms, and Explosives ("ATF") revealed that CARLOS FERNANDEZ ("FERNANDEZ"), a Gardena Police Department detective, was engaging in the unlicensed dealing of firearms.

8. In 2015 and 2016, FERNANDEZ purchased firearms available only to law enforcement and then sold those firearms at a steep mark-up, often in private party transfers through Ronin Tactical Group ("Ronin Tactical") in Gardena, California. FERNANDEZ often sold those firearms to straw purchasers buying on behalf of prohibited persons.

9. From on or about June 2, 2016, to on or about December 19, 2016, OSCAR CAMACHO, SENIOR ("CAMACHO SR.") and RAFAEL CAMACHO ("R. CAMACHO") purchased firearms from FERNANDEZ and from Ronin Tactical. Investigators believe CAMACHO SR., in turn, provided the firearms to his son, OSCAR CAMACHO, JUNIOR ("CAMACHO JR."), who is a convicted felon prohibited from possessing firearms.

10. On December 16, 2016, EDWARD ARAO (the CEO of Ronin Tactical) transferred, via private party transfer, three .38 caliber handguns to R. CAMACHO.

11. FERNANDEZ's phone was in contact with CAMACHO JR.'s phone approximately 34 times between May 30, 2016 and February 28, 2017.

12. On August 18, 2017, United States Magistrate Judge Gail Standish for the Central District of California authorized a search warrant for FERNANDEZ's Instagram account (who used the Instagram name "the38superman"). In addition, CAMACHO JR. accepted a follow request from an ATF undercover Instagram account, which allowed followers to view CAMACHO JR.'s posted photos and comments on those photos. Review of FERNANDEZ's account and CAMACHO JR.'s followable posts revealed Instagram communications between FERNANDEZ and CAMACHO JR. (who used the Instagram name "calichilivin") discussing CAMACHO JR.'s purchase of firearms from FERNANDEZ.

3

13. For example, on June 30, 2017, FERNANDEZ sent a photograph to CAMACHO JR. via Instagram, depicting a Colt pistol bearing serial number 27057LW – one of the firearms for which forfeiture is sought herein – and CAMACHO JR. stated, "I think I am going to have to jump on it." California Automated Firearms System ("AFS") records reveal that on July 29, 2017, FERNANDEZ's brother (Rudy Fernandez) transferred that firearm to CAMACHO SR. In an Instagram posting dated August 13, 2017, FERNANDEZ appeared to confirm CAMACHO JR. was the purchaser of the Colt, stating "[CAMACHO JR.] is going to pick them up soon I hope … ajjajaja … he just bought the fully gold plated one…"

14. On August 22, 2017, CAMACHO JR. posted a photograph on Instagram depicting the Colt pistol bearing serial number 27057LW, with a caption stating (in Spanish), "This dark horse for the collection, thanks my friend @the38superman."

15. On December 20, 2017, federal agents executed the search warrant at CAMACHO JR.'s residence, 554 St. George Drive, Salinas, CA. CAMACHO JR. and three other individuals were present at the residence during the search.

16. During the search agents recovered (among other things) over 1,300 grams (gross) of a substance that field tested positive for cocaine in the garage, smaller amounts of suspected methamphetamine and heroin in the kitchen, and approximately $12,951 in cash wrapped in rubber bands and plastic inside a backpack hanging on the inside of the door to one of the smaller bedrooms ("Bedroom #1").

17. Agents also recovered nine firearms (the Defendant Property), as follows:

- ATF Exhibit 14: One (1) Colt .38 Super caliber, Government model pistol bearing serial number 2933159 (found in bottom drawer of dresser in the master bedroom);
- ATF Exhibit 15: One (1) Colt .38 Super caliber, Custom model pistol bearing serial number ELCEN8536 (found in garage attic);

4

- ATF Exhibit 16; One (1) Colt .38 Super caliber, Super 38 model pistol bearing serial number 36756 (found in bottom drawer of dresser in master bedroom);
- ATF Exhibit 17: One (1) Colt .38 Super caliber, Commander model pistol bearing serial number 27057-LW (found in bottom drawer of dresser in master bedroom) (the same firearm FERNANDEZ sent a photograph to CAMACHO JR. via Instagram on June 30, 2017 and CAMACHO JR. posted a photograph on Instagram on August 22, 2017);
- ATF Exhibit 18: One (1) Colt .38 Super caliber, Government model pistol bearing serial number 38SS05430 (found in garage attic);
- ATF Exhibit 19: One (1) Colt .38 Super caliber, Government model pistol bearing serial number 38SS09144 (found in bottom drawer of dresser in master bedroom);
- ATF Exhibit 20: One (1) Colt .38 Super caliber, Government model pistol bearing serial number 38SS09196 (found in bottom drawer of dresser in master bedroom);
- ATF Exhibit 21: One (1) Colt .38 Super caliber, Government model pistol bearing serial number MHE252 (found in garage attic); and
- ATF Exhibit 22: One (1) Colt .380 caliber, MKIV Mustang model pistol bearing serial number MU24832 (found in dresser in master bedroom).

18. Approximately 293 rounds of assorted ammunition, four digital scales (including one in the dresser in the master bedroom), a Farmer's insurance letter addressed to CAMACHO JR. at 554 St. George Drive, Salinas, CA, and miscellaneous firearms transfer and sale documents were also found in the residence. CAMACHO JR., passport and driver's license were also found in Bedroom #1 (the bedroom from which agents recovered approximately $12,951 in cash).

19. CAMACHO JR. received *Miranda* warnings, executed an Advice of Rights and Waiver form, and consented to an interview during the search. Among other things, CAMACHO JR. stated that his father (CAMACHO SR.), mother, brothers (R. CAMACHO and Orlando Camacho), and nephew lived in the residence, and he identified the master bedroom as belonging to CAMACHO SR.

5

CAMACHO JR. stated that his father and R. CAMACHO purchased firearms from a police officer named "Carlos," and that he (CAMACHO JR.) would sometimes drive CAMACHO SR. to purchase firearms from Carlos. CAMACHO JR. stated he would contact Carlos on behalf of CAMACHO SR. to arrange firearms purchases because CAMACHO SR. was not familiar with text messaging, and that his father would call Carlos from his (CAMACHO JR.'s) phone.

20. CAMACHO JR. admitted he had contacted Carlos on Instagram and stated that he had an Instagram account in the past, but that he had deactivated it. When confronted with a printout of a screen shot taken from his Instagram account depicting a photograph of a pistol, CAMACHO JR. admitted he had not deactivated his Instagram account, and stated he did not use it anymore. He also claimed that the firearm in the photograph belonged to his father, but that he had posted the photograph to "show off" because it was a nice firearm and he knew it would attract women on social media.

21. As of December 28, 2017, CAMACHO JR.'s Instagram account was still active.

22. CAMACHO JR. denied having his father or brother purchase firearms for him, and claimed he had never taken a pistol to Mexico. He stated his fingerprints may be on some of the guns because he looked at them in the past. He stated there was ammunition in his bedroom, but claimed it belonged to his brother.

23. CAMACHO JR. admitted selling cocaine, around a half an ounce at a time. He stated he obtained his drugs from "some guy" named "Bud," but believed his supplier had been arrested because he hadn't heard from him. He claimed to have had the drugs for approximately one to two weeks. He also stated that he was the only person at the residence who sold drugs, but that the other people at the residence "kinda" knew about it.

24. CAMACHO JR. stated that he earned money by helping his mother with a trucking business and his father's business food services business. The California Employment Development Department (EDD) reported no record of a work address for CAMACHO JR. under the social security

6

number known to law enforcement. CAMACHO SR. was listed as the owner and manager of Camacho's Food Processing, but was forced to give up the business following a federal misdemeanor conviction. The business is now listed under the name Orlando Camacho (one of CAMACHO SR.'s sons, who was present at the residence during the search). CAMACHO SR. appears to be an employee of the business. CAMACHO JR. stated that R. CAMACHO is a student who also works at Smart and Final.

25. During the December 20, 2017 search of CAMACHO JR.'s residence, three cellular telephone were seized from CAMACHO JR.'s bedroom (Bedroom #1): an iPhone 7, an iPhone 7 Plus, and a Kyocera. On December 22, 2017, a federal search warrant was obtained to search the three telephones.

26. The results of those searches reveal the iPhone 7 Plus used telephone number (650) 469-2395 and had a listed owner name of "Chicharron" and an Apple ID of "Karloszlim@gmail.com." Review of that phone's contents revealed thousands of messages, images, and videos on the phone, including multiple photographs of CAMACHO JR. Many of the incoming messages identify the recipient as "Oscar."

27. One of the contacts in frequent contact with the iPhone 7 Plus was identified as "Karina," at a Mexican telephone number. The iPhone 7 Plus contained numerous messages in which Chicharron (the user of the iPhone 7 Plus) sent photographs of firearms to Karina and numerous messages in which Chicharron discussed sending firearms to Karina.

28. For example, on November 7, 2016, Chicharron sent Karina a message containing a photograph of two firearms in a pistol box with the caption, "the one on top is your brother in laws, and the one below is mine."

29. In another message, dated November 8, 2016, Chicharron included two photographs of ATF Exhibit 21 (the Colt firearm bearing serial number MHE252 found in the garage attic during the

7

search on December 20, 2017), with the serial number clearly visible in one of the photographs. The photograph includes GPS coordinates for the Turner's Outdoorsman parking lot at 11336 Firestone Boulevard, Norwalk, CA. In addition, the iPhone 7 Plus also contained a video dated November 26, 2016 which showed ATF Exhibit 21. AFS records reveal CAMACHO SR. purchased the firearm on November 8, 2016, and the ATF Form 4473 (Firearms Transaction Record, which is required to be completed by all federal firearms licensees when transferring a firearm to an unlicensed persons) for the purchase confirms Turner's Outdoorsman released the firearm to CAMACHO SR. on November 25, 2016.

30. On November 18, 2016, Chicharron sent Karina a photo of fingers covered in a brown sticky material. In the background of the photo a scale is visible displaying the number "26.2", with a plastic bag containing brown powder on it. Three small plastic bags containing brown powder are visible next to the scale. The powder in the four plastic bags resembles heroin. After sending the photo, Chicharron wrote, "Por eso no te contestaba" ("this is why I did not answer you"). CAMACHO JR. told investigators during the December 20, 2017 search that he was the only individual in the residence involved in drug sales.

31. On November 23, 2016, the iPhone 7 Plus sent Karina two photos of a firearm. A portion of the firearm's serial number ("0167") is visible. The photo file metadata included the GPS coordinates where the photograph was taken, which was the location of the Gardena Police Department, 1718 W. 162nd Street, Gardena, CA. AFS records reveal R. CAMACHO subsequently purchased a Colt .38 Super pistol, serial number NMS0167, from FERNANDEZ on December 15, 2016. Along with the picture Chicharron sent a message that, "your other pistol you wanted has arrived." Karina asked, "what about mine?" Chicharron replied, "I have already told the guy, he is going to advise me when it arrives. it Is (*sic*) a little bit more difficult because I want it with no papers. ... You remember I explained this to you. ... I will get it for you my love." Karina replied, "OK

8

32. On December 15, 2016, Chicharron sent Karina two photos of the Colt .380 cal. Mustang pistol bearing serial number MU24832 (ATF Exhibit 22), which was found in the dresser of the master bedroom of during the search on December 20, 2017. The serial number is visible in the photograph. In the accompanying messages Karina said, "this one is mine." Chicharron replied, "working on it. ... I asked him to sell it to me without any paperwork. I have almost convinced him." AFS records reveal R. CAMACHO purchased the firearm from FERNANDEZ on December 19, 2016.

33. On January 3, 2017, Chicharron sent Karina another photograph of ATF Exhibit 22. The metadata for the photograph reveals it was taken at Ronin Tactical, 1931 Artesia Boulevard, Gardena, CA. However, Ronin Tactical's Acquisition and Disposition Book, as well as the signed ATF Form 4473, indicate that the firearm was sold to R. CAMACHO on December 30, 2016. In the messages exchange that followed, Karina asked, "yours or mine?" Chicharron replied, "for my home ... yours has arrived going to send."

34. The iPhone 7 Plus also included two December 2016 videos of CAMACHO JR. firing a rifle outdoors. It also included multiple videos dated December 12, 2016 of an individual at a shooting range firing a pistol. Records obtained from Markley's Indoor Range and Gun Shop reveal CAMACHO JR. and R. CAMACHO were present at the indoor range at the same time the videos were taken.

35. The iPhone 7 Plus also contained a June 19, 2016 video displaying three Colt pistols sitting on a table that appears to be the dining room table of the CAMACHOs' residence. The iPhone 7 Plus also contained a photograph dated June 16, 2016, of one of the pistols depicted in the video, which is ATF Exhibit 18 (Colt pistol bearing serial number 38SS05430). The serial number is clearly visible in the photograph. According to California AFS records, on June 2, 2016, CAMACHO SR. received two Colt pistols purchased from FERNANDEZ at Turners Outdoorsman, including ATF Exhibit 18 and ATF Exhibit 16 (Colt pistol bearing serial number 36756).

36. Similarly, the iPhone 7 Plus contains a video dated December 15, 2016, which shows two

pistols on a table, and three pistols on a counter, and appears to have been filmed in Ronin Tactical's office. In addition, the file metadata included the GPS coordinates where the video was shot, which is the location of Ronin Tactical. Ronin Tactical's Firearms Acquisition and Disposition book, as well as the ATF Form 4473, identify FERNANDEZ'S brother (Rudy) as purchasing three pistols and one lower receiver on that date. AFS records also show that on December 16, 2016, R. CAMACHO purchased one pistol from FERNANDEZ and three from ARAO.

37. The iPhone 7 Plus also includes a video taken on December 29, 2016, which appears to display additional pistols that had previously purchased by CAMACHO SR, and based upon the pattern of the fabric in the background, it appears the firearms were filmed on CAMACHO JR.'s bed.

38. In addition to these specific examples, the iPhone 7 Plus contained numerous photographs and videos depicting images of firearms for which the serial numbers were not visible.

39. The search of the iPhone 7 revealed it used telephone number (831) 261-2427 and had a listed owner name of "Cuerito's iPhone" and an Apple ID of "oz.camacho25@gmail.com." The iPhone 7 contained text and Whatsapp messages with FERNANDEZ's phone (which was identified in the iPhone 7 as "Carlos Colt") regarding the purchase of firearms.

40. For example, on October 25, 2016, FERNANDEZ sent the iPhone 7 a text message stating, "I have a very rear gun it's a 9mm 1911," and on November 25, 2016, FERNANDEZ sent the iPhone 7 a text message stating, "Bro this is the mother of .38's." On December 7, 2016, after receiving a message from FERNANDEZ, the iPhone 7 sent a message to an unknown recipient stating, "I'll let him know, that shit is hard. I can't wait to shoot it."

41. The iPhone 7 also contained numerous gun-related WhatsApp conversations between FERNANDEZ (as "Carlos Colt") and the username "02." On July 10, 2017, FERNANDEZ sent a message saying, "what's up we r ready let me know." 02 replied, "yes let me ask my dad so we can go. … I think I'm going to pick up la dorada then I'll pick up the sisters asap." Later that day,

FERNANDEZ sent O2 a video of a gold Colt pistol bearing serial number 2705-LW (ATF Exhibit 17 – which was found in the bottom drawer of the dresser in the master bedroom during the December 20, 2017 search). FERNANDEZ and O2 discussed the grips on the firearm, and FERNANDEZ noted "these bitches crack if you fire the gun lol so they r just for show." O2 stated "that's not bad and there cool … so have to be changing them when I fire it." In a follow-up conversation on July 29, 2017, FERNANDEZ sent O2 a message to coordinate meeting at the FFL Ammo Brothers, and O2 sent a message saying, "you think you can go. Get my paps driver license." FERNANDEZ replied, "lol they won't give it to me … they also had my brothers." Purchase records reveal the firearm was purchased by CAMACHO SR. from FERNANDEZ's brother, Rudy FERNANDEZ, on July 29, 2017.

42. The iPhone 7 also included a December 2, 2016 photograph of CAMACHO JR. holding two rifles.

43. In addition to these examples, the iPhone 7 also contained photographs of firearms for which the serial numbers were not visible.

44. On April 8, 2018, ATF SA Bryan Traverso reviewed descriptions of marking information on ATF Exhibits 14-22 to determine their origin and status as to travel in interstate and/or foreign commerce. Based upon that review, in conjunction with his research, training, and experience as an ATF Special Agent, SA Traverso is of the opinion that ATF Exhibits 14-21 were manufactured by Colt in West Hartford, Connecticut, and ATF Exhibit 22 was manufactured either by Colt in West Hartford, Connecticut, or by Drill-Rite Carbide Tool in Forestville, Connecticut.

45. On January 4, 2018, a federal grand jury sitting in the Northern District of California returned an indictment against CAMACHO JR. charging him with Possession of Cocaine with Intent to Distribute in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(ii) and Unlawful Possession of Ammunition by a Convicted Felon in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

///

## CLAIM FOR RELIEF

46. The United States incorporates by reference the allegations in paragraphs 1 through 45 as though fully set forth herein.

47. Title 18, United States Code, Section 922(g)(1) makes it "unlawful for any person ... who has been convicted in any court of ... a crime punishable by imprisonment for a term exceeding one year…to…possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce."

48. Title 18, United States Code, Section 924(d)(1) specifies that any firearm and ammunition involved or used in any knowing violation of 18 U.S.C. § 922(g)(1) shall be subject to seizure and forfeiture.

49. Title 21, United States Code, Section 841(a) prohibits the manufacture, distribution, or dispensing, and possession with the intent to distribute a controlled substance.

50. Title 21, United States Code, Section 881(a)(6), provides, in part, for the forfeiture of all moneys, securities or other things of value furnished or intended to be furnished to a person in exchange for a controlled substance, all proceeds traceable to such an exchange, and all moneys and securities used or intended to be used to facilitate any violation of Title 21, United States Code, Chapter 13, Subchapter I, including violations of Title 21, United States Code, Sections 841(a) and 846.

51. In light of the foregoing, and considering the totality of the circumstances, there is probable cause to believe that the Defendant Property represents proceeds traceable to money, securities or other things of value furnished to a person in exchange for a controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 846, and thus subject to forfeiture under Title 21, United States Code, Section 881(a)(6).

52. In light of the foregoing, and considering the totality of the circumstances, there is also probable cause to believe that the Defendant Property was involved in a knowing violation of Title 18,

12

United States Code, Section 922(g)(1), and thus subject to forfeiture under Title 18, United States Code, Section § 924(d)(1).

WHEREFORE, plaintiff United States of America requests that due process issue to enforce the forfeiture of the Defendant Property; that notice be given to all interested parties to appear and show cause why forfeiture should not be decreed; and that judgment of forfeiture be entered; that the Court enter judgment forfeiting the Defendant Property; and that the United States be awarded such other relief as may be proper and just.

DATED: May 22, 2018

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

/KAREN BEAUSEY
Assistant United States Attorney

## VERIFICATION

I, Special Agent Kyle Duncan, state as follows:

1. I am a Special Agent with the United States Bureau of Alcohol, Tobacco, Firearms and Explosives. I am the case agent assigned to this case. As such, I am familiar with the facts and the investigation leading to the filing of this Complaint for Forfeiture.

2. I have read the Complaint and believe the allegations contained therein to be true.

\* \* \* \* \*

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of May, 2018, in GLENDALE, California.

KYLE DUNCAN, Special Agent
Bureau of Alcohol, Tobacco, Firearms,
and Explosives

14

JS-CAND 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS-CAND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| UNITED STATES OF AMERICA | VARIOUS FIREARMS |
| (b) County of Residence of First Listed Plaintiff *(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant *(IN U.S. PLAINTIFF CASES ONLY)* NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| (c) Attorneys *(Firm Name, Address, and Telephone Number)* AUSA KAREN BEAUSEY 450 GOLDEN GATE AVE., 9TH FL. SAN FRANCISCO, CA 94102; | Attorneys *(If Known)* |

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated *or* Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated *and* Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [X] 625 Drug Related Seizure of Property 21 USC § 881 | 422 Appeal 28 USC § 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury – Product Liability | 690 Other | 423 Withdrawal 28 USC § 157 | 376 Qui Tam (31 USC § 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | **LABOR** | **PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 710 Fair Labor Standards Act | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment Of Veteran's Benefits | 330 Federal Employers' Liability | | 720 Labor/Management Relations | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | 368 Asbestos Personal Injury Product Liability | | 835 Patent—Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | **PERSONAL PROPERTY** | 740 Railway Labor Act | 840 Trademark | 460 Deportation |
| | 350 Motor Vehicle | 370 Other Fraud | 751 Family and Medical Leave Act | | 470 Racketeer Influenced & Corrupt Organizations |
| 153 Recovery of Overpayment of Veteran's Benefits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | 790 Other Labor Litigation | **SOCIAL SECURITY** | 480 Consumer Credit |
| 160 Stockholders' Suits | 360 Other Personal Injury | 380 Other Personal Property Damage | 791 Employee Retirement Income Security Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 190 Other Contract | 362 Personal Injury -Medical Malpractice | 385 Property Damage Product Liability | | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| 195 Contract Product Liability | | | **IMMIGRATION** | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 196 Franchise | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 462 Naturalization Application | 864 SSID Title XVI | 891 Agricultural Acts |
| **REAL PROPERTY** | 440 Other Civil Rights | **HABEAS CORPUS** | 465 Other Immigration Actions | 865 RSI (405(g)) | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting | 463 Alien Detainee | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 220 Foreclosure | 442 Employment | 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 230 Rent Lease & Ejectment | 443 Housing/ Accommodations | 530 General | | 871 IRS–Third Party 26 USC § 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 240 Torts to Land | 445 Amer. w/Disabilities– Employment | 535 Death Penalty | | | 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | 446 Amer. w/Disabilities–Other | **OTHER** | | | |
| 290 All Other Real Property | 448 Education | 540 Mandamus & Other | | | |
| | | 550 Civil Rights | | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee– Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation–Transfer
- [ ] 8 Multidistrict Litigation–Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title 18, United States Code, Section § 924(d)(1) AND Title 21 United States Code, Section 881(a)(6).
Brief description of cause:
Drug Related Forfeiture

**VII. REQUESTED IN COMPLAINT:**
CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, Fed. R. Civ. P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [X] No

**VIII. RELATED CASE(S), IF ANY** *(See instructions)*:
JUDGE
DOCKET NUMBER

**IX. DIVISIONAL ASSIGNMENT (Civil Local Rule 3-2)**
*(Place an "X" in One Box Only)*
[ ] SAN FRANCISCO/OAKLAND    [X] SAN JOSE    [ ] EUREKA-MCKINLEYVILLE

DATE 05/22/2018    SIGNATURE OF ATTORNEY OF RECORD